RECEIVED
AUG 1 5 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SYLVESTER MEAD | CIVIL ACTION NO. 02-2219 |
| versus | JUDGE WALTER - SEC P |
| MARCUS KING | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that **Plaintiff's Motion for Summary Judgment (Doc. 40)** is **DENIED** and Officer Morgan **King's Motion for Summary Judgment (Doc. 43)** is **GRANTED** and all claims against King are **DISMISSED WITH PREJUDICE.** All claims against all parties have now been resolved, so this final judgment is entered pursuant to F.R.C.P. 58.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 12 day of August, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE